CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 18 2008

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FREDDY ABAD, ) | |
|     Plaintiff, ) | Civil Action No. 7:07-cv-00405 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DAVID ROFF, et al., ) | By: Hon. James C. Turk |
|     Defendants. ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motion for summary judgment (Docket Number 31) is **GRANTED**; plaintiff's claims are **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a); and this action is stricken from the active docket of the court.

The Clerk of Court is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and to counsel of record for defendants.

ENTER: This 18th day of March, 2008.

                                                  Senior United States District Judge